■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB KIM, Appellant. [49 NYS3d 923]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered October 31, 2013, convicting him of attempted promoting prostitution in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386

US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and we have also reviewed the defendant's pro se supplemental brief. Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *People v Hardy*, 130 AD3d 753 [2015]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.